

____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

JUN 2 7 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS SJOBERG,

                        Plaintiff,

vs.

DEPUTY HAWLEY and SHERIFF McNEIL,

                        Defendants.

CASE NO. 3:17-cv-00263-MMD-WGC

**<u>ORDER GRANTING DEFENDANTS' MOTION TO DISASSOCIATE COUNSEL</u>**

        COME NOW Defendants, ALVIN McNEIL and WAYNE HAWLEY, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby move this Court to disassociate LUCAS W. MOLLECK, ESQ., as counsel for Defendants, ALVIN McNEIL and WAYNE HAWLEY, as he is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger. Katherine F. Parks, Esq. of the firm of Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent Defendants, ALVIN McNEIL and WAYNE HAWLEY, in this action. Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of LUCAS W. MOLLECK, ESQ. from the list of attorneys

///
///
///
///

- 1 -

associated with this case, as well as future pleadings and counsel's proofs of service.

DATED this 26th day of June, 2019.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ *Katherine F. Parks*
    Katherine F. Parks, Esq.
    State Bar No. 6227
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    (775) 786-2882
    kfp@thorndal.com
    Attorneys for Defendants
    ALVIN MCNEIL AND WAYNE HAWLEY

IT IS SO ORDERED.

DATED this 27th day of June, 2019.

_____
William G. Cobb, U.S. Magistrate Judge