UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED SEP 27 2019

THOMAS SJOBERG,

        Plaintiff,

vs.

HAWLEY, et al.,

        Defendant.

CASE NO. 3:17-cv-00263-MMD-WGC

**ORDER**

A Settlement Conference has been scheduled for **FRIDAY, NOVEMBER 22, 2019 at 10:00 a.m.**

**IT IS HEREBY ORDERED** that the Nevada Department of Corrections transport Plaintiff Thomas Sjoberg from Northern Nevada Correctional Center to the Bruce R. Thompson Federal Building & United States Courthouse, 400 South Virginia Street, Reno, Nevada, to personally attend the Settlement Conference scheduled for **Friday, November 22, 2019 at 10:00 a.m.**, in Courtroom No. 2, before Magistrate Judge William G. Cobb.

DATED this 27th day of September, 2019.

By: _____
WILLIAM G. COBB
U.S. MAGISTRATE JUDGE

MNUTE ORDER IN CHAMBERS - 1