Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
LYON COUNTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SJOBERG,<br><br>Plaintiff,<br><br>vs.<br><br>LYON COUNTY,<br><br>Defendants. | CASE NO. 3:17-cv-00263-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 64]** |

COMES NOW Defendant, LYON COUNTY, and Plaintiff, THOMAS SJOBERG, by and through their attorneys of record, and hereby request an extension of time for LYON COUNTY to file its opposition to the motion for partial summary judgment [ECF No. 64] filed on February 4, 2020.

The opposition is currently due on February 25, 2020, and the Defendant requests a two week extension of time through and until March 10, 2020, to file its oppositions to the motion for partial summary judgment. This is the parties' first request to extend said deadline and they

/ / /

/ / /

/ /

/ / /

- 1 -

submit that the instant request is due to caseload and calendaring issues of counsel for LYON COUNTY and not for the purpose of undue delay.

| DATED this 19th day of February, 2020.<br><br>LAW OFFICES OF TERRI KEYSER-COOPER<br><br>By: / s / Terri Keyser-Cooper<br>Terri Keyser-Cooper, Esq.<br>State Bar No. 3984<br>1130 Wakefield Trial<br>Reno, Nevada 89523<br>(775) 337-0323<br>keysercooper@lawyer.com<br>Attorney for Plaintiff<br>THOMAS SJOBERG | DATED this 19th day of February, 2020.<br><br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By: / s / Katherine F. Parks<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendant<br>LYON COUNTY |
|---|---|

## ORDER

IT IS SO ORDERED.

DATED February 21, 2020.

_____
UNITED STATES MAGISTRATE JUDGE