Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
LYON COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SJOBERG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LYON COUNTY,<br><br>　　　　　　Defendants. | CASE NO. 3:17-cv-00263-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 64] - (Third Request)** |

　　　COMES NOW Defendant, LYON COUNTY, and Plaintiff, THOMAS SJOBERG, by and through their attorneys of record, and hereby request an extension of time for LYON COUNTY to file its opposition to the motion for partial summary judgment [ECF No. 64] filed on February 4, 2020.

　　　The opposition is currently due on March 17, 2020, and the Defendant requests an additional two week extension of time through and until March 31, 2020, to file its opposition to the motion for partial summary judgment. This is the parties' third request to extend said

/ / /

/ / /

/ /

/ / /

- 1 -

deadline and they submit that the instant request is due to caseload, calendaring and staffing issues recently experienced by the law firm for LYON COUNTY and not for the purpose of undue delay. In addition, the parties are actively engaged in settlement negotiations and wish to avoid further attorney's fees associated with the briefing of Plaintiff's Motion for Partial Summary Judgment if possible.

| DATED this 17th day of March, 2020. | DATED this 17th day of March, 2020. |
|---|---|
| LAW OFFICES OF TERRI KEYSER-COOPER | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Terri Keyser-Cooper_<br>Terri Keyser-Cooper, Esq.<br>State Bar No. 3984<br>1130 Wakefield Trial<br>Reno, Nevada 89523<br>(775) 337-0323<br>keysercooper@lawyer.com<br>Attorney for Plaintiff<br>THOMAS SJOBERG | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendant<br>LYON COUNTY |

**ORDER**

IT IS SO ORDERED.

DATED _____March 18_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -