Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
LYON COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS SJOBERG,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LYON COUNTY,<br><br>　　　　　　　Defendants. | CASE NO. 3:17-cv-00263-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSALWITH PREJUDICE** |

COMES NOW Plaintiff, THOMAS SJOBERG, and Defendant, LYON COUNTY, by and through their respective counsel, and hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| | |
|---|---|
| DATED this 7th day of April, 2020.<br><br>LAW OFFICES OF TERRI KEYSER-COOPER<br><br>By: _/ s / **Terri Keyser-Cooper**_____<br>　Terri Keyser-Cooper, Esq.<br>　State Bar No. 3984<br>　1130 Wakefield Trial<br>　Reno, Nevada 89523<br>　(775) 337-0323<br>　keysercooper@lawyer.com<br>　Attorney for Plaintiff<br>　THOMAS SJOBERG | DATED this 7th day of April, 2020.<br><br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By: _/ s / **Katherine F. Parks**_____<br>　Katherine F. Parks, Esq.<br>　State Bar No. 6227<br>　6590 S. McCarran Blvd., Suite B<br>　Reno, Nevada 89509<br>　(775) 786-2882<br>　kfp@thorndal.com<br>　Attorneys for Defendant<br>　LYON COUNTY |

- 1 -

1 **ORDER**

It is so ordered. 3:17-cv-263-MMD-CLB is dismissed with prejudice.

DATED: _____April 7,_____, 2020.      _____
                                       DISTRICT COURT JUDGE